# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **CHARLES WADE** | : | **CASE NO.: 3:17-cv-00051** |
| **Plaintiff,** | : | **Judge Thomas Rose** |
| vs. | : | |
| **JOHN W. EVERSOLE, SGT., et al.,** | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **Defendants.** | : | |

Pursuant to Fed. R. Civ. P. 41(a)(2) the parties to the above-captioned litigation, Plaintiff Charles Wade, and Defendants Sergeant John W. Eversole, Sheriff Phil Plummer, Montgomery County Board of Commissioners, Major Scott Landis, and Joshua Lightner, (collectively, "Named Defendants"), hereby stipulate that all claims against Named Defendants in the above-captioned litigation be dismissed, with prejudice.  Court costs shall be split equally between Plaintiff and Named Defendants; each party shall bear his, her, or its own attorneys' fees.

Pursuant to *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), this Court will retain jurisdiction in this matter so as to enforce the settlement agreement (Attached as Exhibits A and B).

Respectfully submitted,

*s/Douglas D. Brannon*
Douglas D. Brannon
BRANNON & ASSOCIATES
130 W. Second St., Ste. 900
Dayton, Ohio 45458
(937) 228-2306
(937) 228-8475 – fax
dougbrannon@branlaw.com
Attorney for Plaintiff, Charles Wade

2

MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

By: /s/ Anne M. Jagielski
Anne M. Jagielski, (0093047)
Alex J. Hale, (0091682)
Assistant Prosecuting Attorneys
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 496-7195
Fax Number: (937) 225-4822
E-mail: jagielskia@mcohio.org
　　　　halea@mcohio.org

Attorneys for Defendants Sergeant John W. Eversole, Sheriff Phil Plummer, Montgomery County Board of Commissioners, Major Scott Landis, and Joshua Lightner

2

**CERTIFICATE OF SERVICE**

     I certify that on the _____ day of January, 2019, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

                                              _____
                                              Douglas D. Brannon